LEONHARDT v. LYNCH. (Circuit Court of Appeals, Fourth Circuit. February 3, 1914.) No. 1199. Appeal from the District Court of the United States for the District of Maryland, at Baltimore. John C. Rose, Judge. Geo. H. Howard, of Washington, D. C., for appellant. A. V. Cushman, of Washington, D. C. (Chas. B. Mann, of Baltimore, Md., on the brief), for appellee. Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

PER CURIAM. The decree of the District Court (199 Fed. 790) is affirmed, for the reasons stated in its opinion.

MUNSON S. S. LINE v. GLASGOW NAVIGATION CO., Limited. (Circuit Court of Appeals, Second Circuit. January 21, 1914.) No. 208. Appeal from the District Court of the United States for the Southern District of New York. Suit in admiralty by the Munson Steamship Line against the Glasgow Navigation Company, Limited. On motion to file amended and supplemental libel and to take new proofs. Granted conditionally. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. The libelant's motion for leave to file an amended and supplemental libel and to take new proofs in this court is granted, unless the parties stipulate as follows, to wit: The respondent, that it will not set up the defense of laches in the second suit brought by the libelant; and the libelant, that it will discontinue the first suit at its own costs, in which case the motion will be denied.

NEW JERSEY PORTLAND CEMENT CO. v. FREEMAN et al. (Circuit Court of Appeals, Second Circuit. January 13, 1914.) No. 200. Appeal from the District Court of the United States for the Northern District of New York. This cause comes here upon appeal from an order of the District Court, Northern District of New York, denying a motion made by defendant to dissolve a temporary restraining order enjoining defendant, pendente lite, from removing certain buildings and machinery from the mining premises of complainant. Joseph F. Brown, of Canton, N. Y., for appellant. Sturtevant & Abbott, of Gouverneur, N. Y., for appellees. Before LACOMBE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. The order is affirmed, with costs, on the opinion of Judge Ray, in 207 Fed. 699.